IN THE UNITED STATES DISTRICT COURT
FORTHE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| ESTHER NICOLE WALDREP, #254835, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | CASE NO. 2:11-cv-622-WHA |
| | ) | |
| FRANK ALBRIGHT, | ) | (WO) |
| | ) | |
| Defendant. | ) | |

**<u>ORDER</u>**

On August 25, 2014, the Magistrate Judge entered a Recommendation (Doc. #39) that the Defendant's Motion for Summary Judgment be granted and this case dismissed with prejudice. On September 9, 2014, the Plaintiff filed a document (Doc. #40), which has been docketed as an objection. In that document, however, the Plaintiff states that, because she does not have the funds to hire an attorney, she will agree to dismiss the case. In spite of that, however, the court will treat the document as an objection.

And now, after conducting in independent evaluation and *de novo* review of the case, the court finds any objection to be without merit, and it is hereby OVERRULED. The court ADOPTS the Recommendation of the Magistrate Judge, and it is hereby ORDERED as follows:

1. Defendant's Motion for Summary Judgment is GRANTED.

2. This case is DISMISSED with prejudice, with no costs to be taxed.

 DONE this 19th day of September, 2014.

                                                      /s/ W. Harold Albritton  
                                                     W. HAROLD ALBRITTON  
                                                     SENIOR UNITED STATES DISTRICT JUDGE