IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ESTHER NICOLE WALDREP, #254835, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | CASE NO. 2:11-cv-622-WHA |
| ) | |
| FRANK ALBRIGHT, ) | (WO) |
| ) | |
| Defendant. ) | |

**FINAL JUDGMENT**

In accordance with the order entered in this case on this day,

Final Judgment is entered in favor of the Defendant, Frank Albright, and against the Plaintiff, Esther Nicole Waldrep, and this case is DISMISSED with prejudice. No further costs are taxed.

DONE this 19th day of September, 2014.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE